RECEIVED
2025 OCT 27 AM 8:51
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PLAINTIFF, | |
| MILAN MICHAEL KOTEVSKI, | Case: 2:25-cv-00952 |
| | Assigned To : Parrish, Jill N. |
| vs. | Referral Judge: Romero, Cecilia M. |
| DEFENDANTS, | Assign. Date : 10/27/2025 |
| KASH PATEL; DAN BONGINO; VANITA GUPTA; | Description: Kotevski v. Patel et al |
| JOHN RATCLIFFE; PAM BONDI; LISA MONACO | |
| MERRICK GARLAND, MICHAEL ELLIS; | 4: 25-cv- |
| DUSTIN J. GARD-WEISS; | |
| PETE HEGSETH; TULSI GABBARD; | |
| WILLIAM J. HARTMAN; | |
| SHEILA THOMAS; TODD M. LYONS; | |
| JOSEPH FRANCESCON; | |
| CHRISTINE ROMAN; VLADIMIR PUTIN; | |
| Maj. Gen. MATTEO MARTEMUCCI; | |
| CMSgt KENNETH M. BRUCE JR; | |
| TRICIA MCLAUGHLIN; KRISTI NOEM; | |
| TROY EDGAR; CHRISTOPHER C. PRATT; | |
| JOSEPH N. MAZZARA; | |
| BENJAMINE C. HUFFMAN; | |
| STATE OF ISRAEL; BEN NETANYAHU; | |
| PRIME MINISTER MODI; KINGDOM OF QATAR; | |
| REPUBLIC OF INDIA, RUSSIA, & JAPAN; | |
| PEOPLE'S REPUBLIC OF CHINA; | |
| COMMONWEALTH of the UK & CANADA; | |
| Unknown officers, employes, contractors, | |
| proxies, mercenaries of 5 Eyes, FBI, DoJ, | |
| CIA, DoW, NSA, DHS, FSB, GRU, MSS | |

**PLAINTIFF'S EMERGENCY COMPLAINT. TRO & PERMANENT INJUNCTION under Fed R. Civ P. Rule 65(B).**

**HABEAS CORPUS PETITION TO FREE PLAINTIFF FROM SLAVERY.**

# JURISDICTION.

1.    Jurisdiction is proper under either 28 USC 1331 or 28 U.S.C. § 1332 because there is federal subject matter at issue and PLAINTIFF is a resident of Utah and all of the DEFENDANTS named herein are residents of different states and countries and damages exceed $75,000.

# COMPLAINT.

## Section I: KAWAII POISONED.

2.    Kawaii the Shiba Inu is PLAINTIFF'S personal service/ESA dog who is four years old, weighs between 22-25lbs, and has been trained by PLAINTIFF for PLAINTIFF'S psychiatric needs.

3.    This is an emergency motion in which Kawaii Kotevski needs an emergency surgery to be done within two weeks that PLAINTIFF cannot afford right now in which if this surgery is not done Kawaii will go blind because of DEFENDANTS' intentionally poisoning Kawaii.

4.    The previous paragraph is supported by the testimony of Kawaii's ophthalmologist veterinarian.

5.    The irreparable injury is that if Kawaii does not receive the emergency surgery within a week, she will probably go blind in which

her eyesight cannot be restored through any other legal motion. **See: Exhibit A.  Exhibit A sent on October 20th, 2025.**

6.     The irreparable injury is that PAM BONDI and KASH PATEL continue to knowingly allow PLAINTIFF to be enslaved and aid and abet judicial corruption in which PAM BONDI has an obligation under the bar rules to report such corruption and to stop enslaving PLAINTIFF and KASH PATEL has a 13th Amendment obligation to end PLAINTIFF'S slavery.

7.     There is nothing adverse to the public interest in the Court granting a TRO and a preliminary injunction in order to save the vision of a service/esa dog that was poisoned by DEFENDANTS in retaliation against PLAINTIFF for the on-going litigation against PLAINTIFF.

8.     This is the third lawsuit that Kawaii Kotevski is one of the primary subjects of.

9.     Before PLAINTIFF starts this lawsuit, he wants to make a statement of the current affairs: PLAINTIFF was brought up with the proviso that everyone is equal under the law and that a Court will truly listen and never compromise on their judicial duty to decide a case fairly—it is the cornerstone of the judiciary without which it destroys

society; PLAINTIFF had his character falsely impugned, judges openly cited caselaw they had every reason to believe violated RICO in order to obstruct justice and prevent PLAINTIFF from being heard, at least two judges lied under oath and made up things about PLAINTIFF, PLAINTIFF was enslaved by the judiciary, the judiciary in a lot of instances intentionally focused on trivial things with the deliberate and intentional purpose of preventing SCOTUS from ever hearing any of PLAINTIFF'S claims as a favor to SCOTUS and the WHITE HOUSE, members of CONGRESS begging the DOJ to prosecute PLAINTIFF, the judiciary setting up false allegations to allow the DOJ to go after PLAINTIFF instead of ever considering the actions of the DOJ and how they were legally served through all of this and were taking deliberate actions to undermine PLAINTIFF'S case because they knew the merits of PLAINTIFF'S case; the whole time all of this is going on PLAINTIFF takes actions to show respect to the judiciary in which the judiciary never had an interest in respecting PLAINTIFF because they are intentionally trying to send PLAINTIFF to hell when he made legal arguments that are saving his soul, maliciously using PLAINTIFF for their own nefarious purposes all the while depriving more and more

Americans of their liberty because of their corrupt decisions, exploiting the vulnerable, and so much more. All of these actions were mob justice by the Court and if the Department of War had the same integrity and love of country like they did during WWII, they would have done something by now like a peaceful version of the Battle of Athens without the weapons, but it seems DoW is in on it too.

10.    What this lawsuit is limited to--for now--is the liability of whomever caused serious conversion of Kawaii and IIED claims because of that conversion of Kawaii so that PLAINTIFF can receive the emergency money to save Kawaii's vision. HOWEVER, for jurisdictional basis and especially under FSIA, there are factual legal nexuses that PLAINTIFF has to establish to get jurisdiction over aforementioned DEFENDANTS. What are PLAINTIFF'S sole concerns right now is saving Kawaii's vision and getting the proper help PLAINTIFF desperately needs to stop the RICO Enterprise against PLAINTIFF.

## Likelihood of Success

11.    PLAINTIFF is utilizing a tort analysis in his argument concerning violations of 42 USC 1983, 42 USC 1985(3), 18 USC 1962(D), 18 USC

242, ADA, Section 504 of the Rehabilitation Act of 1973, and 42 USC 1986 by DEFENDANTS when they poisoned Kawaii.

12.    PLAINTIFF isn't lying to save his dog's vision because telling the truth will save his dog's vision. From at least the Summer of 2015 and/or the Spring of 2017, PLAINTIFF has been of extreme interest to CONGRESS, the CIA, FBI, NSA, DHS, CISA, DoW (aka DoD), FSB/GRU, MSS, MOSSAD/IDF, the likes of JAMES COMEY, CHRISTOPHER WRAY (having met him in person) ANDREW MCCABE, PETER STRZOK, WILLIAM BURNS, MERRICK GARLAND, PAM BONDI, LORETTA LYNCH, ERIC HOLDER, GINA HASPEL, MIKE POMPEO, TULSI GABBARD, KASH PATEL, DAN BONGINO, etc. and the focal point of international politics between the USA and ISRAEL, QATAR, JAPAN, SOUTH KOREA, CHINA, RUSSIA, INDIA, SERBIA, NORTH MACEDONIA, FRANCE, CANADA, UK, AUSTRALIA, and more.

13.    PLAINTIFF takes no joy in the previous paragraph.

14.    Because of the massive corrupt coverup in the following cases—

***Chicago Cases***: *Kotevski v. Clinton, et al. 23CV17137 N.D. IL (2023); In Re Milan Michael Kotevski, 24-1085 7th Circuit Court of Appeals*

*(2024); Kotevski v. Jenkins, 24-1085 7th Circuit Court of Appeals (2024);*

*In Re: Milan Michael Kotevski,* 24-cv-556, N.D. IL; ***Louisiana Cases:***

*Kotevski v. Clinton*, No. 1:24-cv-310, M.D. LA(2024); I*n re: Milan*

*Michael Kotevski*, No. 24-30782, 5th Circuit Court of Appeals (2024);

***Utah Cases:*** U.S. District Court for the District of Utah, No. 1:24-cv-

622*, Kotevski v. Clinton*, (2024);  U.S. Court of Appeals for the Tenth

Circuit, No. 25-4016, In re: Milan Michael Kotevski(2025); U.S. District

Court for the District of Utah, No. 25-cv-86*, Kotevski v. Clinton*, (2025)

(hereon: *Corrupt Cases*)—PLAINTIFF is known in the State

Department, India, Israel, DoJ, FBI, CIA, etc.

15.    The Court would seriously err in concluding that PLAINTIFF is

not entitled to any damages for actual legal harms done that were done

corruptly in Court in the *Corrupt Cases* and in secret by DEFENDANTS

against PLAINTIFF and Kawaii since Spring 2015; if PLAINTIFF

wasn't entitled, then why the corrupt coverup that violated RICO in

courts?

16.    Just as a reminder, the *Corrupt Cases* should have been decided in

PLAINTIFF favor by January 26th, 2024. Everything else since that

time violated RICO. By the way, the continuation of a RICO Enterprise

against PLAINTIFF and equitable tolling allow PLAINTIFF to bring up any MOTION OF DEFAULT from any case in the Corrupt Cases because the harm is still ongoing and the decisions were improperly decided to obstruct justice. Any timing or statute of limitations issues are null and void because any timing or statute of limitations issues inherently presume a valid and legal decision was made whereas in PLAINTIFF'S case the timing and statute of limitations issues begin only when the RICO Enterprise against PLAINTIFF ends; put in other way, the PLAINTIFF'S ability to file the Motion of Default doesn't cease when the decisions made fell outside the scope of judicial duty as they did in PLAINTIFF'S case.

17.    Continuing the previous paragraph, PLAINTIFF based on the Court's corruption is free to pick and choose which parts of the Motion of Default he seeks to enforce; for example, in the Louisiana Cases, the figure of $10 Billion USD, the Chicago Cases, 10 new Boeing 787s, 10 new Boeing 737s, and 6 fully armed apache helicopters, (which is perfectly allowed by his Rule 55A Motion), additional aircraft from listed airline DEFENDANTS, etc.

18.    **Out of any human decency remaining in the judiciary or any of the DEFENDANTS, PLAINTIFF is begging on his knees to at least rule in his favor to save Kawaii's vision.**

19.    So PLAINTIFF doesn't truly know the extent of doublespeak and just how long he was of interest to SCOTUS and the DC Bubble, but PLAINTIFF is going to apologize to SAMUEL ALITO. PLAINTIFF is sorry if he misconstrued City and County of S.F. v Sheehan as being a hit against PLAINTIFF in which PLAINTIFF cannot adequately apologize for the damage done to the judiciary; it was in the realm of possibility after learning DC doublespeak and PLAINTIFF did it out of a place of extreme hurt in which it was probably India or Israel that implemented *Japlan* against PLAINTIFF.  PLAINTIFF'S fraudulent wife or fraudulent legal guardian allowing a fraudulent marriage to continue is allowing for immense harm to continue against PLAINTIFF. If it was a justified legal hit against PLAINTIFF that was done in Star Chambers, PLAINTIFF doubles down on his claims of an absolutely corrupted judiciary that needs to reestablish its integrity.

20.    Through the four years of being in PLAINTIFF'S life, Kawaii Kotevski has shown more unconditional and true love THAN

ANYBODY ELSE IN THE ENTIRETY OF PLAINTIFF'S LIFE has ever done; and PLAINTIFF would rather kill himself than ever poison Kawaii Kotevski for any purposes because that unconditional love is just that much more valuable than BILLIONS of DOLLARS ever could be. Anyone who bugged the VW Tiguan and recorded PLAINTIFF on the night Kawaii got poisoned knows that to be true.

21.    To the best of his current knowledge, based on the actions of Hunter Biden, PLAINTIFF alleges that he is under a fraudulent legal guardianship or has a fraudulent legal wife; it is precisely because the actions PLAINTIFF is undertaking that shows the psychopathic parasitic nature of PLAINTIFF'S *fraudulent legal guardian or fraudulent legal wife* who never had PLAINTIFF'S legal interests or any of PLAINTIFF'S interests in mind and heart and is just one more of many instances that spanned over the last 10 years where PLAINTIFF was taken advantage of financially because if they had provided any contact information, PLAINTIFF would have talked to his fraudulent wife or fraudulent legal guardian to get the money to pay for Kawaii's Emergency surgery NOW.  PLAINTIFF attempted to call HUNTER

BIDEN and he refused to contact PLAINTIFF in return showing the complicity in the 18 USC 1962(D) conspiracy against PLAINTIFF.

22.    On or about January or February 2024, PLAINTIFF has testified under oath for multiple medical needs of Kawaii in cases such in the *Chicago Cases* that concerned her dry skin and getting apoquil. Besides some dry skin issues, Kawaii had no other major medical issues prior to May 24th, 2025.

23.    Prior to May 24th, 2025, PLAINTIFF was a habitual visitor to the local dog park so that Kawaii could socialize and exercise and be a healthy dog.

24.    On or about May 24th, 2025, PLAINTIFF started writing a PETITION to the Supreme Court of the United States of America (hereon: *SCOTUS Petition*).

25.    PLAINTIFF finished drafting his SCOTUS Petition on June 3rd, 2025, which was approximately 797 pages long.

26.    PLAINTIFF recently at the time of this filing sent another Supreme Court Petition he drafted called *Emergency SCOTUS Petition*.

27.    PLAINTIFF spent more time inside than usual between May 24th, 2025 and June 3rd, 2025 in which he decreased the amount of time PLAINTIFF and Kawaii spent at the dog park on those days.

28.    On or about May 30th, 2025, Kawaii had a catastrophic medical emergency that started at the dog park.

29.    PLAINTIFF alleges that unknown conspirators between May 25th, 2025 and May 30th, 2025, conspired to poison Kawaii at the dog park and an unknown co-conspirator through fraud and trickery administered poison to Kawaii sometime between May 25th, 2025 through May 31st, 2025 at the Dog Park in St. George, UT.

30.    Unknown coconspirator was bribed to cross state lines to further the 18 USC 1962(D) and 42 USC 1985(3) conspiracy against PLAINTIFF through intentionally poisoning Kawaii in which he or she was paid either in May or June 2025 to do so.

31.    The 18 USC 1962(D) conspiracy to poison Kawaii was done through the wires by unknown DEFENDANTS sometime between May 15th, 2025 through May 29th, 2025.

32.    US DEFENDANTS allowing Kawaii to be poisoned whether through their own negligence or intentionally poisoning her constituted

an undue taking of PLAINTIFF'S property in violation of PLAINTIFF'S 5th Amendment Rights.

33.    DEFENDANTS poisoning Kawaii was Free Speech retaliation that violated the 1st Amendment in which that retaliation constituted an undue taking under the 5th Amendment

34.    Through May 24th, 2025 and May 30th, 2025, the unknown agents FBI knew PLAINTIFF was writing SCOTUS Petition.

35.    In the alternative, Through May 24th, 2025 and May 30th, 2025, the unknown actors at FSB/GRU conspired to poison against PLAINTIFF for demanding the oil deal.

36.    On or about May 30th, 2025, Kawaii and PLAINTIFF spent no more than 15 minutes in the afternoon visit at the dog park.

37.    Shiba Inus are originally from the mountains of Japan in which during the Summer, the temperatures can exceed 90 Fahrenheit.

38.    For approximately four years besides a trip to Iceland and Colorado to the best of PLAINTIFF'S recollection, Kawaii and PLAINTIFF have been inseparable and PLAINTIFF has come to learn Kawaii's characteristics, especially her normal body temperature.

39.    On or about May 30th, 2025, PLAINTIFF realized the medical emergency Kawaii was having and he brought her immediately home.

40.    On or about May 30th, 2025, once back at PLAINTIFF'S home, PLAINTIFF noted the characteristics of a poison that directly afflicted Kawaii's Central Nervous System: shortness of breath, muscle spasms and muscle weakening, elevated body temperatures, disorientation, hiding in pain.

41.    On or about May 30th, 2025, even after giving Kawaii a cold shower, her body temperature was still much hotter than normal.

42.    On or about May 30th, 2025, after conducting a Google search to see which veterinarians had overnight emergency rooms in St. George, UT, PLAINTIFF was led to believe that the only one that provided overnight emergency services was Southwest Animal Emergency Clinic.

43.    On or about May 30th, 2025, PLAINTIFF rushed Kawaii to the Southwest Animal Emergency Clinic and the Emergency Room therein (hereon: Dog ER).

44.    Due to the fact that there were at least two dogs ahead of Kawaii when PLAINTIFF reached the Dog ER, PLAINTIFF realized there was some time he was going to have to wait; due to DEFENDANTS

corruption, war crimes, and torture that took place since at least Spring 2015, PLAINTIFF was compulsed into drafting even more in his SCOTUS Petition and had to go back home and retrieve his laptop. In what can only be described as a complete autistic meltdown, PLAINTIFF drawing that line between not trying to worry Kawaii and being autistically overstimulated, kept yelping, shouting "I have to work", yelling, and crying on the way back and forth between his home and the DOG ER.

45.    There existed an 18 USC 1962(D) and 42 USC 1985(3) conspiracy between unknown co-conspirators working on behalf of DEFENDANTS and currently unknown staff members at Southwest Animal Emergency Clinic to intentionally lie about the nature of Kawaii's visit to obstruct justice.

46.    unknown staff members at Southwest Animal Emergency Clinic were bribed with unknown amounts of cash to further the 18 USC 1962(D) and 42 USC 1985(3) conspiracy against PLAINTIFF either in May or June 2025 by unknown coconspirators.

47.    Even when PLAINTIFF tried to explain to unknown staff at Southwest Animal Emergency Clinic that at one time Kawaii's body

temperature was recorded at 96 Fahrenheit by the Animal Hospital of Gurnee, unknown staff members refused to document that Kawaii's body temperature was higher than normal.

48.    Through a habitual pattern of fraudulent medical practices that marred the RICO Enterprise PLAINTIFF complained about in the *Corrupt Cases*, that pattern continued in which unknown Southwest Animal Emergency Clinic staff members intentionally lied to PLAINTIFF about Kawaii's body temperature and lied on the paperwork about Kawaii's body temperature because one of the most provable signs of being poisoned is a rise in body temperature and that was done to obstruct justice and to further the conspiracy to falsely disprove PLAINTIFF'S allegations she was poisoned on or about May 30th, 2025.

49.    Furthermore, on October 25, 2025, staff from Southwest Animal Emergency Center on a phonecall with PLAINTIFF confirmed that PLAINTIFF'S and Kawaii's file was altered, which is a common occurrence in the RICO Enterprise against PLAINTIFF.

50.    PLAINTIFF did not include Eye Care For Animals as a DEFENDANT because that is the only veterinarian that can provide the surgery to save Kawaii's vision.

51.    Dr. Neal Wasserman refused to believe any of the facts that PLAINTIFF articulated to him that seriously would have called into question his false prognosis of Heat Stroke.

52.    Dr. Neal Wasserman told PLAINTIFF that sudden development of glaucoma could be in response to a trauma. Kawaii developed Glaucoma because she was poisoned by DEFENDANTS. Period.  When and during most of the visit to the Dog ER, Kawaii did not have any glaze over her eyes and that can be proven by the following pictures of Kawaii in the Dog ER on or about May 30th, 2025





**53.    Kawaii's glaucoma started in just her right eye. There was a period of time after June 1st, 2025 where her left eye did not have glaucoma but her right eye did. Text messages between family members prove PLAINTIFF was concerned with KAWAII'S EYE (Singular) and not her EYES (Plural).**

54.    PLAINTIFF is summarizing Sherlock Holmes when he said if you eliminate all other possibilities, the only remaining possibility is typically the answer and this is the truth in regards to Kawaii being poisoned on or about May 30th, 2025:

a. Heat Stroke is an impossibility because Shibas don't get heat stroke being outside in weather that is around 90 Fahrenheit for less than 20 minutes.

b. Kawaii is anything but a fat shiba inu and her going blind is not attributable to diabetes.

c. Variation in altitude is not a culprit because Shiba Inus were bred in the mountains of Japan where there is a variation of elevation that could cause an issue.

d. True in life there are things that happen when there is a less than 5% chance of it happening which is the same amount

that CHRIS SMITH gave the likelihood of Kawaii developing

glaucoma based on her genetic breed and current health at

the time, but that is _natural onset_ glaucoma where Kawaii's

glaucoma developed only after she exhibited the signs of

being poisoned on May 30th, 2025. Furthermore, no way it is

the biggest coincidence in the world that on the day after

Kawaii got poisoned then, and only then, she started to

develop glaucoma independent of the poisoning.

e. True, the National Shiba Club of America has an article

about Shiba Inu's propensity in having Glaucoma.[1]

HOWEVER, there is this line from that article:

"SECONDARY **GLAUCOMA can happen in just one eye**

**and be** **the result of injury** due to inflammation or

growths. Kawaii's poison caused inflammation." This

matches perfectly with the facts of what happened.

    i. This actually makes the poisoning more malicious and

    heinous in nature. DEFENDANTS poisoned Kawaii

    had the knowledge of Shiba's propensity in having

---

[1] https://www.shibas.org/newstand/glaucoma.html

glaucoma and took the time to look up Shiba's

weaknesses. They intentionally selected a poison that

if it did not kill her, it would cause her to have that

much harder of a life for the rest of her life and go

blind based on Shiba's propensity to develop Glaucoma.

f. CHRIS SMITH DVM is the veterinarian that affirmed

PLAINTIFF'S observations.

55.    The Southwest Animal Emergency Clinic admitted on October 25,

2025 to having had altered in some way PLAINTIFF'S file from the day

and night Kawaii got poisoned in late May 2025.

56.    The previous paragraph is an ongoing RICO pattern per the

*Corrupt Cases*.

57.    PLAINTIFF went on Google and went through his search history

to find the exact date only for unknown DEFENDANTS to have deleted

all the search history relating to the incident.

58.    The previous paragraph is an ongoing RICO pattern per the

*Corrupt Cases*.

59.    Besides death, there is no greater intentional infliction of

emotional distress between man and his dog than the intentional

infliction of harm upon a dog because of corrupt acts where one spoke the truth. What made it so much worse and vile was the fact that Kawaii was progressively losing her sight because of the evils of an intelligence agency. PLAINTIFF had a tradition where he went outside with Kawaii every morning for 3 years whether it be rain, snow, heat, or perfect weather to go play fetch outside and that tradition ceased when Kawaii no longer wanted to go outside and do the morning tradition and at times had hard time finding the ball or toy. It was extremely emotionally vexing to go back to the dog park where Kawaii prior to being poisoned loved to play with other dogs only for her to be too scared to play with other dogs after being poisoned, too scared to leave the immediate vicinity of PLAINTIFF, and while holding Kawaii in his arms sitting on a bench at the dog park watching Kawaii look out to the rest of the park in which PLAINITIFF knew that Kawaii could not see the other dogs that were playing so well. It broke PLAINTIFF'S heart to take Kawaii back to one of her favorite spots in Utah after being poisoned, Sandy Hollow State Park, in which PLAINTIFF observed that Kawaii no longer visually recognized where she was at and she could no longer play in the water.

60.  <u>But the worst fucking feeling that is so extremely and profoundly emotionally upsetting and horrific to PLAINTIFF is that everyday when Kawaii unconditionally and lovingly looks to PLAINTIFF showing just how much she loves PLAINTIFF, PLAINTIFF sees the glaze of maliciously corrupted poisoning over her eyes with her recognition and understanding **that as she gets more and more blind that the only thing she wants to see on this earth is PLAINTIFF** and that PLAINTIFF can't do anything to save her vision precisely because of DEFENDANTS CONTINUED maliciously psychopathic corrupt acts enabled by the Court as a form of retaliation against PLAINTIFF who are intentionally enslaving PLAINTIFF.</u>

61.  The previous paragraph constitutes cruel and unusual punishment under the 8th Amendment by the complete indifference by American DEFENDANTS who all had an affirmative obligation to end PLAINTIFF'S slavery and not retaliate against PLAINTIFF during the *Corrupt Cases*.

62.  Because Kawaii's poisoning is part of a pattern under the *Corrupt Cases*, PLAINTIFF provided argument as to why foreign governments listed as DEFENDANTS are subject to the Court's jurisdiction because

FSIA allows jurisdiction for violations of RICO by government actors working on behalf of the foreign government.

63.    The State of Israel through their employees, contractors, mercenaries, etc. directed their activities to Utah and committed legal harms in Utah by poisoning Kawaii on or about May 30th, 2025.

64.    In the alternative, to retaliate against PLAINTIFF for making the ROTHSCHILDS liable to billions of dollars and more litigation, the State of Israel through an agent in the IDF or MOSSAD poisoned Kawaii on or about May 30th, 2025. Furthermore, this wouldn't be the only plot against PLAINTIFF because ISRAEL had a part in the internment of PLAINTIFF from late August 2025 which 6 million of their ancestors frown down upon because it was apparently not a lesson learned.

65.    In the alternative, Unknown British Intelligence. directed their activities to Utah and committed legal harms in Utah by poisoning Kawaii on or about May 30th, 2025 because of the ongoing lawsuits in Court against them because they are liable for numerous legal harms and are protecting the ROTHSCHILDS.

66.    In the alternative, Unknown Indian Intelligence officers, employees, subcontractors, mercenaries, etc. directed their activities to Utah and committed legal harms in Utah by poisoning Kawaii on or about May 30th, 2025 because of the ongoing lawsuits in Court against them because they are liable for numerous legal harms and/or are protecting the ROTHSCHILDS.

67.    Unknown current or former employees of DEA, FBI, CIA, NSA, DOJ, WHITE HOUSE, or DoD and a combination of one or more of the following KASH PATEL, DAN BONGINO, JOHN RATCLIFFE, PAM BONDI, VANITA GUPTA, LISA MONACO,  MERRICK GARLAND, MICHAEL ELLIS, DUSTIN J. GARD-WEISS, PETE HEGSETH, TULSI GABBARD, WILLIAM J. HARTMAN, SHEILA THOMAS, JOSEPH FRANCESCON, CHRISTINE ROMAN, Maj. Gen. Matteo Martemucci, CMSgt Kenneth M. Bruce, Jr., TRICIA MCLAUGHLIN, KRISTI NOEM, TROY EDGAR, CHRISTOPHER C. PRATT, JOSEPH N. MAZZARA, BENJAMIN C. HUFFMAN, TODD M. LYONS,  had reason to know 1) PLAINTIFF was in danger because of his activities; 2) had reason to know the reprisal against PLAINTIFF by DEFENDANTS would be severe in PLAINTIFF'S mind in which it was

foreseeable that Kawaii would be attacked by DEFENDANTS; 3) either intentionally allowed, intentionally did, or were so negligent as to stop any harm against PLAINTIFF and Kawaii; 4) through a conspiracy against PLAINTIFF, directed their activities to Utah and committed legal harms in Utah by poisoning Kawaii on or about May 30th, 2025 because of the ongoing lawsuits in Court against them as a retaliatory or coercive measure because they are liable for numerous legal harms and/or are protecting the ROTHSCHILDS.

68.    BUT FOR Unknown current or former employees of DEA, FBI, CIA, NSA, DOJ, WHITE HOUSE, or DoD and a combination of one or more of the following KASH PATEL, DAN BONGINO, JOHN RATCLIFFE, PAM BONDI, VANITA GUPTA, LISA MONACO, MERRICK GARLAND, MICHAEL ELLIS, DUSTIN J. GARD-WEISS, PETE HEGSETH, TULSI GABBARD, WILLIAM J. HARTMAN, SHEILA THOMAS, JOSEPH FRANCESCON, CHRISTINE ROMAN, Maj. Gen. Matteo Martemucci, CMSgt Kenneth M. Bruce, Jr., TRICIA MCLAUGHLIN, KRISTI NOEM, TROY EDGAR, CHRISTOPHER C. PRATT, JOSEPH N. MAZZARA, BENJAMINE C. HUFFMAN, TODD M. LYONS direct inaction despite having the complete knowledge of

PLAINTIFF'S enslavement and had they taken any remedial measures to save PLAINTIFF from his enslavement, Kawaii would not have been poisoned.

69.    The administrative requirements FTCA doesn't apply because *it is an emergency situation* and because of the current government shutdown.

70.    In the alternative, Unknown Chinese Intelligence officers, employees, subcontractors, mercenaries, proxies, etc. directed their activities to Utah and committed legal harms in Utah by poisoning Kawaii on or about May 30th, 2025 because of the ongoing lawsuits in Court against them because they are liable for numerous legal harms.

71.    Kawaii's Veterinarian in Las Vegas affirmed many of PLAINTIFF'S observations.

72.    The Las Vegas Veterinarian gave an estimate of $13,500 for an emergency surgery that will save Kawaii's vision.

73.    Because the poisoning of Kawaii was done through intentional violations of RICO such as 18 USC 1962(D), treble damages apply. The approximate cost for the corrective surgery is $13,500 and treble damages on that amount to a total of $40,500.

74.    Because of the bond between Kawaii and PLAINTIFF and DEFENDANTS necessarily knowing that Kawaii is all PLAINTIFF really has at the moment, they knew the emotional toil of seeing his dog in tremendous pain on the night of being poisoned and the emotionally devastating consequences of her losing some of her eye sight as a dog-father that loves his dog is particularly outrageous conduct therefore the base amount of $35,000 is justified but is at least $500,000 because it was that upsetting to PLAINTIFF.

75.    Based on the two previous paragraphs, the amount of $75,500 exceeds diversity threshold.

76.    As a reminder, this lawsuit doesn't mitigate what PLAINTIFF is legally entitled to such as the 5 ex AA Airbus A330-200 with registrations N289AY-N293AY, a very good portion of what PLAINTIFF is entitled to because of the judicial corruption that has happened since the Chicago Cases and before, and rulings of law, etc as highlighted in the *Iowa Case and SCOTUS Emergency PETITION*.

77.    Before the Court even goes there. From at least October 20th, 2023, PLAINTIFF has told the DOJ who then subsequentially told the FBI that PLAINTIFF'S electronics are tampered with. PLAINTIFF has

watched in horror that whenever he knows based on his memory that was still good he went looking for evidence to affirm what PLAINTIFF talked about before or talked herein such as Alphabet (in which PLAINTIFF has no idea how the hackers are gaining access and why Alphabet continues to intentionally allow the RICO Enterprise to continue), evidence has routinely been deleted; and with each piece of evidence disappearing, PLAINTIFF'S life and memories disappear further into a haze of PTSD and Depression. PLAINTIFF warned numerous Courts since January 2024 about this problem only to be intentionally ignored in order to obstruct justice because the natural and probable consequence of deletion of evidence in favor of PLAINTIFF in Court is the DEFENDANTS winning since PLAINTIFF no longer possesses the evidence and at least the FBI, DHS, NSA, CISA, CIA, and DoD collectively refuse to turn it over as well. PLAINTIFF has done the best he could with what was available to him despite the RICO Enterprise's best efforts otherwise.

78.     The fact remains everyone in the DOJ, American Intelligence, and the Department of War leadership knows just how much Kawaii means to PLAINTIFF through 4 years of intensive surveillance and not one

called PLAINTIFF or contacted PLAINTIFF and gave $13,500 out of their secret slush fund that they all have and have access to said funds to save Kawaii's vision to show any good will or faith with PLAINTIFF. None have contacted PLAINTIFF. None have provided funds to save Kawaii's vision. The same goes for Russia, India, Israel, UK, Canada, China, Japan, Qatar, et al. Actions speak louder than words.

79.    None of the American DEFENDANTS listed are entitled to qualified immunity. *See: In Re: Milan Michael Kotevski*. 25-2829 (8th Circuit) 2025 SCOTUS Petition because it is mob justice by all three branches of government against an American and there is no immunity for that.

80.    American DEFENDANTS through their deliberate and intentional indifference to Kawaii's poisoning and by not taking any prior mitigation measures prior to May 30th, 2025 in regards to PLAINTIFF'S slavery violated 42 USC 1986.

81.    Poisoning Kawaii constituted witness tampering because a service/esa dog is inseparable from their owners and it is the same as though DEFENDANTS had poisoned PLAINTIFF themselves.

82.    This is just a continued onslaught of terrorism by DEFENDANTS committed against their own people or the US Govt allows terrorism against their own citizens to take place.

83.    Poisoning or a US government actor intentionally allowing a service/esa dog to be harmed or poisoned is a violation of Section 504 of the Rehabilitation Act of 1973 and the ADA because it obviously denies proper accommodations anywhere and is so blatantly obvious that it violates the ADA and Section 504.

84.    Yes American DEFENDANTS violated ADA and Section 504 as they continue to enslave PLAINTIFF and allowed Kawaii to be poisoned because as SCOTUS said in *Alexander v. Choate,* 469 U.S. 287 (1985): "Discrimination against the handicapped was perceived by Congress to be most often the product, not of invidious animus, but rather of thoughtlessness and indifference -- of benign neglect. Thus, Representative Vanik, introducing the predecessor to § 504 in the House, described the treatment of the handicapped as one of the country's "shameful oversights," which caused the handicapped to live among society "shunted aside, hidden, and ignored."

85.    If discovery is allowed, which PLAINTIFF doesn't want because he just wants to save the vision of Kawaii, discovery will prove PLAINTIFF correct about DOJ, FBI, CIA, NSA, BEN NETANYAHU, MOSSAD, IDF, 5 EYES, KASH PATEL, DAN BONGINO, JOHN RATCLIFFE, PAM BONDI, VANITA GUPTA, LISA MONACO, MERRICK GARLAND, MICHAEL ELLIS, DUSTIN J. GARD-WEISS, PETE HEGSETH, TULSI GABBARD, WILLIAM J. HARTMAN, SHEILA THOMAS, JOSEPH FRANCESCON, CHRISTINE ROMAN, Maj. Gen. Matteo Martemucci, CMSgt Kenneth M. Bruce, Jr., TRICIA MCLAUGHLIN, KRISTI NOEM, TROY EDGAR, CHRISTOPHER C. PRATT, JOSEPH N. MAZZARA, BENJAMINE C. HUFFMAN, TODD M. LYONS, et al's knowledge about PLAINTIFF and knowledge of PLAINTIFF'S enslavement which is not in dispute.

86.    In the alternative, after American & Israeli DEFENDANTS learned the Court would take no action against DEFENDANTS if they retaliated against him in the middle of litigation like they did when PLAINTIFF requested a non-corrupt new judge in the *Louisiana Cases,* aforementioned DEFENDANTS retaliated or Russian/FSB/GRU retaliated against PLAINTIFF when PLAINTIFF "flipped the script" on

the false allegations of PLAINTIFF being a terrorist when PLAINTIFF filed his case in Iowa and showed how he was a victim of domestic terrorism and chose to poison Kawaii as a form of retaliatory measure for such.

87.    Therefore, DEFENDANTS through their actions of allowing Kawaii to be poisoned thereby aiding and abetting a RICO Enterprise against PLAINTIFF, refusing to help get Kawaii surgery (violation of 42 USC 1986) or informing PLAINTIFF of the plot, and/or poisoning Kawaii thereby violating RICO violated 18 USC 1962(D) in addition to violating 42 USC 1983, 42 USC 1985(3), 42 USC 1986, 18 USC 242, 8th Amendment, Section 504, and the ADA.

88.    Therefore, based on the aforementioned, the likelihood of success is extremely strong that Kawaii is entitled to immediate funds for an emergency surgery.

89.    Simply, But For PLAINTIFF'S enslavement and American Intel or other DEFENDANTS' malice since on at least January 9th, 2024, none of this would have happened.

# SECTION II: PLAINTIFF'S SLAVERY.

90.    JUDGE JENKINS indefinitely enslaved PLAINTIFF from
January 9th, 2024 and PLAINTIFF still remains a slave and is in
desperate need of ketamine treatment, still expects the Court to be fair
and impartial, have integrity and meaningfully evaluate and hear
PLAINTIFF'S claims because American society depends on it, and
additional help.

91.    If the Court believes the amount of cases PLAINTIFF cited is not
enough, PLAINTIFF kindly directs the Court's attention to the *Corrupt
Cases* and *In Re: Milan Michael Kotevski*, 25-2829, 8th Circuit Court of
Appeals for more legal information and for once to actually address the
legal merits of PLAINTIFF'S case.

92.    PLAINTIFF has two FTCA claims (DHS and VA/DoW) concerning
Kawaii; even if the Court rules in PLAINTIFF'S favor and Kawaii gets
her surgery, PLAINTIFF fully expects the corruption to continue
thereby making it different because FTCA is a new claim PLAINTIFF
never fully argued where PLAINTIFF has the ability *to file again*. Don't
forget, PLAINTIFF got Free Speech retaliation by the US Marshals in
Indiana when he visited the Courthouse there so multiple venues and

litigation will continue if the 8th Circuit and this Court doesn't rule in PLAINTIFF'S favor.

93.    PLAINTIFF gave DOJ a flash drive in October 2023; the FBI from at least December 2023 had knowledge of the contents of such; the intentional action of not responding to PLAINTIFF'S allegations that Angie Ortiz was retaliation and war crimes done by Israel, Rothschilds, and Clintons at any time before PLAINTIFF filed his Motion of Default. So it would seem to PLAINTIFF not only about the Abuse of Process that took place since the Corrupt Cases have transpired, but also PLAINTIFF being entitled to damages for being a victim of war crimes, slavery, being tortured, and RICO Enterprise that they themselves allowed which would be malicious prosecution.  Then if they try to seize it via civil asset forfeiture, that is perpetuating PLAINTIFF'S slavery and in violation of the 13th Amendment.

94.    JUDGE JACKSON was one of the worst offenders of the corrupt judges PLAINTIFF experienced in the *Corrupt Cases.*

95.    PLAINTIFF wants to know what judge sanctioned the activity against PLAINTIFF in IOWA and COLORADO in late AUGUST 2025.

96.    PLAINTIFF'S mother, being a lifelong saboteur, intentionally reported false and fabricated evidence that PLAINTIFF was an addict and/or abusing Adderall to obstruct justice in order to prevent PLAINTIFF from legally claiming he is a qualified individual under the ADA or Section 504 (its not like PLAINTIFF'S autism disappears regardless of any false fabricated allegations) to legally obstruct any and all claims relating to PLAINTIFF'S disability; she was never concerned and never made such false allegations when PLAINTIFF was prescribed twice as much Adderall for YEARS UPON YEARS but it is only because PLAINTIFF started reporting her conduct to the Court that she retaliated against PLAINTIFF with false allegations made to PLAINTIFF'S psychiatrist. This is coming from a woman who knowingly and intentionally lied to law enforcement about PLAINTIFF'S Adderall that there is recorded proof in a recorded voice memo that she admitted to lying to cops to YET AGAIN obstruct justice with Dr. Matt McIff's office.

97.    If PLAINTIFF'S mother, father, brother, or a combination thereof are working for the Chinese or Russian intelligence and/or an unknown cartel, they had a role in poisoning Kawaii and have taken numerous

steps to undermine PLAINTIFF'S case throughout the *Corrupt Cases* and afterwards because they are lying about the amount of money they have and sadistically enjoy enslaving their special needs son in which they did such things as attempting to murder PLAINTIFF, place their son in a state of unconstitutional and illegal internment in August 2025, and more. The same applies to ANGIE ORTIZ, KRISITINA KHOMOVA, or VERA POCHTAREV in sadistically exploiting the man that respected or loved her (in Angie's case, rescued her) and making decisions about PLAINTIFF behind his back without his knowledge for years.

98.    PLAINTIFF still has FTCA claims on his soul for a different lawsuit on a different day if need be if the 8th Circuit Court of Appeals doesn't go well.

99.    Everything contained herein is the truth and this is PLAINTIFF'S verification statement.

# PRAYERS OF RELIEF.

1.    Free PLAINTIFF from Slavery.

2.    The DOJ, FBI, CIA, NSA, BEN NETANYAHU, MOSSAD, IDF, 5 EYES, KASH PATEL, DAN BONGINO, JOHN RATCLIFFE, PAM

BONDI, VANITA GUPTA, LISA MONACO,  MERRICK GARLAND, MICHAEL ELLIS, DUSTIN J. GARD-WEISS, PETE HEGSETH, TULSI GABBARD, WILLIAM J. HARTMAN, SHEILA THOMAS, JOSEPH FRANCESCON, CHRISTINE ROMAN, Maj. Gen. Matteo Martemucci, CMSgt Kenneth M. Bruce, Jr., TRICIA MCLAUGHLIN, KRISTI NOEM, TROY EDGAR, CHRISTOPHER C. PRATT, JOSEPH N. MAZZARA, BENJAMIN C. HUFFMAN, TODD M. LYONS shall pay **$421.88 each** to the Eye Care For Animals Facility in Las Vegas, NV within 5 days so that Kawaii can get emergency eye surgery to save her vision. That's barely anything at all to the DC Bubble whose leadership regularly get paid over $100,000 a year or whose operating budget can be in the billions of dollars per year. The percent of $421.88 to a $1 Billion USD operating budget= 0.00004219%. America's intelligence budget that was appropriated for 2024 was $76.5 Billion dollars. The percentage of $13,500 for their incompetence or intentional failure as a form of retaliatory measure against PLAINTIFF or allowing Israel to do it with a $76.5 Billion budget? 0.000018%.  Don't tell PLAINTIFF they don't have the money to pay for Kawaii's emergency surgery after they continue to allow PLAINTIFF to be enslaved.

3.    The fact that PLAINTIFF has to ask for #2 because a fraudulent wife or fraudulent legal guardian intentionally is withholding love and money and refuses to communicate with PLAINTIFF shows the fraudulent nature she perpetuated against PLAINTIFF for years and that legal guardianship and/or marriage shall be declared null and void in which she and/or he will not be the recipient of any more amount of money in any legal proceeding such as a divorce.

# Respectfully Submitted,

# Electronically Signed. October 26, 2025.

# Miki Kotevski

Miki Kotevski & Kawaii Kotevski
Counsel of Record
MKT
MKT Airlines
Super Shiba Store
847-380-0400
1143 Oak Grove Dr.
Washington, UT. 84780.

# EXHIBIT A: EMAIL BETWEEN PLAINTIFF & CHRIS SMITH.

1.      Gabapentin 100mg

Intensive drop therapy is used to decrease the intraocular pressure inside the eye.  You will use all the topical glaucoma eye drops at home, examples: Latanoprost, Demecarium Bromide, Dorzolamide, Timolol.  You may not have all these drops, and that is ok; use the glaucoma eye drops you do have.  Start by administering the first glaucoma eye drop, wait 15 minutes then apply the second eye drop, wait 15 minutes then apply the third drop, wait 15 minutes then apply the fourth eye drop.  You will then wait another 15 minutes and start with the first eye drop again.  You will perform this therapy for a total of 3 times.  When you have completed the intensive drop therapy, you will have given each eye drop 3 times. This is to be a single treatment, once finished, resume normal medication schedule.

## COMMENTS TO REFERRING PARTNER

Kawaii presented for tonometry recheck evaluation with history of glaucoma in both eyes and anterior uveitis in the right eye. The intraocular pressure has reduced in the right eye but the left eye remains elevated. We have recommend performing intensive glaucoma therapy in the left eye. We have discussed

Owner: **Christopher Alexa**  |  Patient: **Kawaii**  |  Species: **Canine**  |  Breed: **Shiba Inu**  |  Page: **2 of 3**

the importance of endolaser being performed within a two week time span, in the hopes of increasing chances of saving vision and regaining comfort. We have adjusted the above medical therapy and will keep you advised.

## RECHECK

We would like to see Kawaii for procedure or in 2-3 weeks for a recheck exam

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Milan Kotevski

**DEFENDANTS**

Kash Patel, Dan Bongino, et al.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Miki Kotevski.
3102 N Maple Tree Ln. Wadsworth, IL. 60083

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☒ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*      Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC 1961, 42U.S.C §1983, 42U.S.C §1985, 42U.S.C §1986, 18U.S.C §1961 et al, 18U.S.C §2340,18U.S.C.§2441, FISA 28U.S.§1605B,

Brief description of cause:
RICO, Terrorism, Constitutional Deprivations, Slavery, Indentured Servitude, War Crimes, Torture

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.   DEMAND $ 75,500    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions):*
JUDGE ___ In Re: Milan Michael Kotevski. 25-2829. 8th Circuit.
DOCKET NUMBER ___

DATE ___
SIGNATURE OF ATTORNEY OF RECORD ___

**FOR OFFICE USE ONLY**

RECEIPT # ___   AMOUNT ___   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___