# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PLAINTIFF, | |
| MILAN MICHAEL KOTEVSKI, | |
| | |
| vs. | |
| DEFENDANTS, | |
| KASH PATEL; DAN BONGINO; VANITA GUPTA; | |
| JOHN RATCLIFFE; PAM BONDI; LISA MONACO | |
| MERRICK GARLAND, MICHAEL ELLIS; | 2: 25-cv-592 |
| DUSTIN J. GARD-WEISS; | |
| PETE HEGSETH; TULSI GABBARD; | 2:25cv952-JNP |
| WILLIAM J. HARTMAN; | |
| SHEILA THOMAS; TODD M. LYONS; | |
| JOSEPH FRANCESCON; | |
| CHRISTINE ROMAN; VLADIMIR PUTIN; | |
| Maj. Gen. MATTEO MARTEMUCCI; | |
| CMSgt KENNETH M. BRUCE JR; | |
| TRICIA MCLAUGHLIN; KRISTI NOEM; | |
| TROY EDGAR; CHRISTOPHER C. PRATT; | |
| JOSEPH N. MAZZARA; | |
| BENJAMIN C. HUFFMAN; | |
| STATE OF ISRAEL; BEN NETANYAHU; | |
| PRIME MINISTER MODI; KINGDOM OF QATAR; | |
| REPUBLIC OF INDIA, RUSSIA, & JAPAN; | |
| PEOPLE'S REPUBLIC OF CHINA; | |
| COMMONWEALTH of the UK & CANADA; | |
| Unknown officers, employes, contractors, | |
| proxies, mercenaries of 5 Eyes, FBI, DoJ, | |
| CIA, DoW, NSA, DHS, FSB, GRU, MSS | |

**PLAINTIFF'S EMERGENCY Fed R. Civ P. Rule 60(B)(1) Motion To Reverse
The Court's Ruling For Stay Made On October 27th, 2025.**

1. This is Kawaii Kotevski.



2. Sometimes Kawaii can be a little derpy.



3.     But what is derpy (that constitutes fraud, mistake, or fraud under Fed R. Civ P. Rule 60(B)(1)) is the U.S. District Court of Utah's manifest extreme bias and prejudice against PLAINTIFF.

4. This is PLAINTIFF'S third time coming to the Court in which the Court knows of PLAINTIFF'S slavery, fraudulent legal guardianship and/or fraudulent wife, and how essentially all PLAINTIFF has left in his life after being tortured, having war crimes done to him, having fraudlent cases that were in furtherance of a RICO Enterprise used against him in which they had reason to know it was a RICO violation, and being a victim of corporate sabotage by the likes of APPLE, ALPHABET, DELTA AIRLINES, QATAR AIRWAYS, et al. is Kawaii Kotevski.

5. That paragraph alone didn't convey just how badly the US District Court of Utah hates PLAINTIFF.

6. PLAINTIFF comes begging the Court for an Emergency TRO or Injunction to save his dog's vision after she was a victim of being poisoned in furtherance of the RICO Enterprise against PLAINTIFF.

7. Kawaii doesn't understand why she is suffering or why she is going blind because she can't comprehend the amount of hate that went into that act of poisoning Kawaii causing her to be disabled; all Kawaii understands is the bonds between PLAINTIFF and Kawaii, how to find

the coolest rocks under water, and be the best dog ever (every dog is the best dog ever).

8.  So the Court in its manifest bias against PLAINTIFF INTENTIONALLY put a pause on the litigation in which they necessarily know the result of which will probably mean that Kawaii will probably go blind if the Court doesn't reverse their decision immediately.

9.  This is a PR disaster for the Court that has no basis in law.

10. The Court believes the intel agency can't handle an expenditure that consists of 0.000018% of their total budget because of their malice and/or incompetence and give PLAINTIFF the necessary funds

11. The Court's decision for stay is abuse of process, 13th Amendment violation, a RICO violation, disability discrimination under Section 504 and the ADA, an equal protection violation, and a due process violation thereby necessitating a reversal immediately under Fed. R. Civ. P Rule 60(B)(1).

12. The only thing abusive or vexatious is the Court's hatred of PLAINTIFF and KAWAII.

**STILL RESPECTFULLY SUBMITTED,**

Electronically Signed. October 27th, 2025. 6:40pm.

Miki Kotevski


Miki Kotevski & Kawaii Kotevski
Counsel of Record
MKT
MKT Airlines
Super Shiba Store
847-380-0400
1143 Oak Grove Dr.
Washington, UT. 84780.