IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MILAN MICHAEL KOTEVSKI, Plaintiff, v. KASH PATEL, et al., Defendants. | RESTRICTED FILER CASE FURTHER REVIEW ORDER<br><br>Case No. 2:25-cv-00952-JNP-CMR<br><br>Chief District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Cecelia M. Romero |

Chief Magistrate Judge Cecelia M. Romero determined that Plaintiff's complaint, ECF No. 1, should not be filed because of his filing restriction and forwarded the complaint to this court for further review. ECF No. 7. The court fully concurs with Chief Magistrate Judge Romero's analysis and, receiving no objections, orders that Plaintiff's complaint should not be accepted for filing. The complaint, and any other materials submitted by Plaintiff in connection to this matter, shall be returned to Plaintiff unfiled. If Plaintiff paid a filing fee in connection with this matter, it shall be returned to him.

DATED February 2, 2026

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge